IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DREW C. HARTLEY,
    Plaintiff,

vs.                                                Case No.: 3:13cv488/MCR/EMT

R. COMERFORD, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a complaint in state court, which Defendants removed to this forum (*see* doc. 1).  By order of the district court dated February 20, 2014, Plaintiff was given thirty (30) days in which to file an amended complaint (*see* doc. 26).  Plaintiff failed to file an amended complaint by the deadline; therefore, on March 31, 2014, this court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 27).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to show cause for his failure to comply with the February 20, 2014, order or otherwise communicate with the court.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 8th day of May 2014.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

      **Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**