UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DREW C. HARTLEY,
    Plaintiff,

v.                                              Case No.: 3:13cv488/MCR/EMT

R. COMERFORD, et al.,
    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 8, 2014 (doc. 28).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has reviewed the record and no timely objections have been filed.

    Having considered the Report and Recommendation, the Court finds that it is due to be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an Order of the Court.

    **DONE AND ORDERED** this 6th day of June, 2014.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**